IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BONNIE DURHAM, | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 4:19-cv-00406-P |
| DEPARTMENT OF VA and ROBERT WILKIE, Secretary | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge Ray made Findings, Conclusions, and a Recommendation in this case. *See* ECF No. 13. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Finding and Conclusions of the Magistrate Judge are correct and they are **ACCEPTED** as the Findings and Conclusions of the Court. Accordingly, this matter is **WITHDRAWN** from United States Magistrate Judge Hal R. Ray, Jr. and the case is **DISMISSED without prejudice.**

SO ORDERED on this **15th day** of **November, 2019**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE